# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 20-1081     **Short Title:** Alasaad v. Wolf

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Ghassan Alasaad, Nadia Alasaad, Suhaib Allababidi (please see additional sheet) as the

[✓] appellant(s)     [ ] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Jessie J. Rossman     January 31, 2020
Signature     Date

Jessie J. Rossman
Name

ACLU Foundation of Massachusetts     (617) 482-3170 ext 337
Firm Name (if applicable)     Telephone Number

211 Congress Street, Ste 301     (617) 451-0009
Address     Fax Number

Boston, MA 02110     jrossman@aclum.org
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: 1161236

Has this case or any related case previously been on appeal?
[ ] No     [✓] Yes     Court of Appeals No. 20-1077

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

# United States Court of Appeals for the First Circuit

## Notice of Appearance

**No.** 20-1081  **Short Title:** Alasaad v. Wolf

(Additional Page)

List of all Represented Parties as the Cross-Appellants

Ghassan Alasaad
Nadia Alasaad
Suhaib Allababidi
Sidd Bikkannavar
Jérémie Dupin
Aaron Gach
Ismail Abdel-Rasoul, aka Isma'il Kushkush
Diane Maye Zorri
Zainab Merchant
Mohammed Akram Shibly
Matthew Wright