# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 20-1077, 20-1081   **Short Title:** Alasaad v. Wolf

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

Harvard Immigration and Refugee Clinic _____ as the

[  ] appellant(s)           [  ] appellee(s)           [✔] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)         [  ] intervenor(s)

/s/ Christopher T. Bavitz _____     August 7, 2020 _____
Signature                             Date

Christopher T. Bavitz _____
Name

Cyberlaw Clinic, Harvard Law School     (617) 496-5155 _____
Firm Name (if applicable)               Telephone Number

1585 Massachusetts Avenue, WCC 5018     _____
Address                                 Fax Number

Cambridge, MA 02138 _____     cbavitz@law.harvard.edu _____
City, State, Zip Code           Email (required)

Court of Appeals Bar Number: 1144019 _____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No. _____

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).