# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the undersigned states that National Association of Criminal Defense Lawyers does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 7, 2020 /s/Michael J. Iacopino

Michael J. Iacopino
*Counsel for Amicus Curiae*