# United States Court of Appeals
## For the First Circuit

_____

Nos. 20-1077
    20-1081

GHASSAN ALASAAD; NADIA ALASAAD; SUHAIB ALLABABIDI;
SIDD BIKKANNAVAR; JEREMIE DUPIN; AARON GACH; ISMAIL ABDEL-RASOUL,
a/k/a Isma'il Kushkush; DIANE MAYE ZORRI; ZAINAB MERCHANT;
MOHAMMED AKRAM SHIBLY; MATTHEW WRIGHT

Plaintiffs - Appellees/Cross - Appellants

v.

CHAD F. WOLF, Acting Secretary of the U.S. Department of Homeland Security,
in his official capacity; MARK A. MORGAN, Acting Commissioner of U.S. Customs and
Border Protection, in his official capacity; MATTHEW T. ALBENCE,
Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity

Defendants - Appellants/Cross - Appellees

_____

**ORDER OF COURT**

Entered: August 13, 2020
Pursuant to 1st Cir. R. 27.0(d)

On August 7, 2020, proposed amicus curiae National Association of Criminal Defense Lawyers filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. <u>See</u> Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **August 20, 2020**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew R Segal
Jessie J. Rossman
Esha Bhandari
Nathan Wessler
Sophia Sabrina Cope

Adam Schwartz
Hugh Handeyside
Saira Hussain
Matthew S. Shapanka
Rafael Reyneri
David J. Nathanson
Brianne J. Gorod
Dayna Zolle
Constitutional Accountability Center
Elizabeth B. Wydra
Brian R. Frazelle
Caroline DeCell
Stephanie Krent
Bruce D. Brown
Katie Townsend
Gabriel Rottman
Linda Moon
Caitlin Vogus
Donald Campbell Lockhart
Scott R. McIntosh
Annapurna Balakrishna
Joshua Paul Waldman
Elizabeth A. Ritvo
David A. Schulz
Joshua Dunn
Jennifer Pinsof
Christopher T. Bavitz
Michael J. Iacopino
Michael William Price
Mukund Rathi
Mark Christopher Fleming
Meghan Koushik
Hammad Arsalan Alam
Glenn Katon